No. 961. STATE INDUSTRIAL BOARD OF THE STATE OF NEW YORK AND LOUIS ANDERSON *v.* JOHNSON LIGHTER-AGE COMPANY AND EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD. March 15, 1926. Petition for writ of certiorari to the Supreme Court of the State of New York denied. *Messrs. Albert Ottinger* and *E. Clarence Aiken* for petitioners. *Messrs. Bertrand L. Pettigrew* and *Walter L. Glenney* for respondents.

No. 963. SOUTHERN SURETY COMPANY OF OKLAHOMA AND SOUTHERN SURETY COMPANY OF IOWA *v.* NINA H. CRAWFORD, ROY H. CRAWFORD, MARIE CRAWFORD CLAY ET AL. March 15, 1926. Petition for writ of certiorari to the Court of Civil Appeals, First Supreme Judicial District, State of Texas, denied. *Messrs. Frank L. Anderson* and *H. C. Hughes* for petitioners. *Messrs. Maco Stewart* and *Brantly Harris* for respondents.

No. 966. UNITED STATES EX REL. A. H. JARMAN *v.* HUBERT WORK, SECRETARY OF THE INTERIOR. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. A. H. Jarman* for petitioner. *Solicitor General Mitchell* and *Mr. O. H. Graves* for respondent.

No. 968. CHARLES R. FORBES *v.* UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. James S. Easby Smith* and *Elwood G. Godman* for petitioner. *Solicitor General Mitchell* and *Mr. Ralph F. Potter* for the United States.

No. 969. HENRY A. WISE, AS TRUSTEE IN BANKRUPTCY OF CHRISTOFFER HANNEVIG, *v.* RUSSELL KETTLE, AS

LIQUIDATOR OF THE BRITISH AMERICAN CONTINENTAL BANK, LTD., OF LONDON, ENGLAND. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Saul S. Myers* and *William J. Hughes, Jr.* for petitioner. *Mr. William St. John Tozer* for respondent.

---

No. 970. ARCHIE LOUIS HADSELL AND CLINTON C. COGHLAN *v.* UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Archie L. Hadsell* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 973. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, A. J. ANSON, AND R. AARON *v.* R. L. CAUTHEN. March 15, 1926. Petition for writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Messrs. E. T. Miller, T. P. Littlepage, C. B. Stuart, J. F. Sharp, M. K. Cruce,* and *Ben Franklin* for petitioners. *Messrs. P. C. Simons* and *L. W. Simons* for respondent.

---

No. 978. SAMUEL ROSS *v.* EDWARD B. MCLEAN. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Daniel 1. Wright* and *Philip Ershler* for petitioner. *Messrs. Wilton J. Lambert* and *Rudolph Yeatman* for respondent.

---

No. 982. CENTRAL STATE BANK OF CORSICANA, TEXAS, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.